IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )   CRIMINAL ACTION NO.
     v.                     )      2:17cr26-MHT
                            )           (WO)
ANTHONY DEMONT PACE         )
```

ORDER

As a condition of defendant Anthony Demont Pace's supervised release, the court required that the United States Probation Office should arrange for him "to receive mental-health counseling at least twice a month" to address "the defendant's symptoms of Post-Traumatic Stress Disorder, alcohol addiction, any issues identified in the mental-health assessment, as well as help him adjust back into society."  Order (Doc. 59) at 2.  Pace's mental-health assessment similarly recommended "cognitive-behavioral therapy twice per month for PTSD and Antisocial Personality Disorder ... to assist with improving coping, transitioning from incarceration, maintaining and pursuing his current goals, and maintaining the terms

of his supervised release." Psychiatric Report (Doc. 60) at 4.  Probation has notified the court that Pace is currently receiving monthly telephonic therapy sessions and has been in treatment since August 31, 2020.  *See* Status Update (Doc. 63) at 1.

Accordingly, it is ORDERED that, by September 1, 2021, Probation shall submit an additional report to the court as to whether defendant Anthony Demont Pace is still receiving treatment, how frequently that treatment is occurring, what sort of treatment he is receiving, and how well he is responding to the treatment.

DONE, this the 3rd day of March, 2021.

                                              /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**