IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:17cr26-MHT |
| | ) | (WO) |
| ANTHONY DEMONT PACE | ) | |

### ORDER

This case is before the court on defendant Anthony Demont Pace's petition for early termination of supervised release.

The court agrees that his supervision should be terminated early because he has satisfied the conditions of his supervised release (including compliance with mental-health treatment); has been successfully focused on his family and his work (including his recent assumption of a prior employer's lawn-service business); and has completed 27 months of supervised release without incident. *See* Probation Response (Doc. 70). In addition, the government does not oppose the petition. *See* United States' Response (Doc. 69).

Accordingly, it is ORDERED that the petition for early termination of supervised release (Doc. 67) is granted; that defendant Anthony Demont Pace's supervised release is terminated; and that defendant Pace is discharged.

DONE, this the 1st day of September, 2022.

                                        /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**